AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

RICHARD R. WAKELEY, JR.,

        Plaintiff,

        v.

COUNSELOR KEVIN LIGHTBODY,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-5062-JPH

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED:  The Complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

January 13, 2012
*Date*

JAMES R. LARSEN
*Clerk*
  s/ Sheila Parpolia
*(By) Deputy Clerk*
Sheila Parpolia